**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-2099**

_____

BRITTANY M. TOMLINSON,

        Plaintiff - Appellant,

    v.

ROSES DISCOUNT STORES; VARIETY WHOLESALERS, INC.; C. GILL FRAZIER, Vice President,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Richard E. Myers, II, Chief District Judge.  (5:24-cv-00696-M-BM)

_____

Submitted:  March 26, 2026               Decided:  April 16, 2026

_____

Before RICHARDSON and BERNER, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Brittany M. Tomlinson, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brittany M. Tomlinson appeals the district court's order accepting the recommendation of the magistrate judge and dismissing without prejudice Tomlinson's civil complaint for lack of subject matter jurisdiction.  Tomlinson also moves to amend or correct her complaint.  We have reviewed the record and discern no reversible error.  Accordingly, we deny Tomlinson's motion to amend and affirm the district court's order. *Tomlinson v. Roses Disc. Stores*, No. 5:24-cv-00696-M-BM (E.D.N.C. Sep. 11, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
